**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ROBERT E. LYONS,
GAYLON CARMACK
JOSEF ZASPEL
PATRICK BRISTOL
PETER DONNING
DAVID HAMILTON
WILLIAM GRIMM
TIMOTHY MCGOUGH, in their
capacity as Trustees of the Carpenters
and Joiners Health and Welfare Funds,
CARPENTERS AND JOINERS HEALTH
& WELFARE FUND,

Plaintiffs,

Cv 00-2473 RHK/JMM

vs.

**O R D E R**

CAROLYN YOUNG REISINGER,

Defendant.

---

The above matter was commenced on November 8, 2000. To date, it does not appear from the file that service has been effected upon the defendant. If proof of service is not filed within 120 days after the filing of the Complaint, this Court, without further notice, will dismiss the Complaint without prejudice. See Fed.R.C.P.4(m).

Dated: April 9, 2001

**RICHARD H. KYLE**, Judge
United States District Court

FILED APR 0 9 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK