UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT E. LYONS
ETAL,

Plaintiffs,

vs

CV 00-2473 RHK/JMM

CAROLYN YOUNG REISINGER,

Defendant.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 25, 2001

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED APR 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK